IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STONEY LEE SCHAEFFER,

          Plaintiff,                              06cv1516

                                                   **ELECTRONICALLY FILED**

     v.

CORRECTIONAL OFFICER, SGT. W.
SCHAMP, CORRECTIONAL OFFICER,
OFFICER - CYR,

          Defendants.

ORDER OF COURT

       After careful consideration of petitioner's "Appeal for Counsel" and Notice of Appeal,

and of the comprehensive and well-reasoned opinion and order of United States Magistrate Judge

Lisa Pupo Lenihan denying petitioner's motion for appointment of counsel, this Court agrees

with her thorough analysis of petitioner's request for counsel in light of *Tabron v. Grace*, 6 F.3d

147 (3d Cir. 1993), *cert. denied* 510 U.S. 1196 (1994) and 28 U.S.C. § 1915(d), and in light of

the practical difficulty in finding willing, qualified *pro bono* counsel for *pro se* litigants in this

area of the law.

       The Court notes that petitioner is sorely mistaken in his belief that "defendants have

Counsel at free of charge by the Court." (doc. no. 17 at 3).  This Court has not appointed counsel

for defendants in this or any civil rights or prisoner's rights case.

       The Order of June 6, 2007 (doc. no. 16) is HEREBY AFFIRMED.

                                          s/ Arthur J. Schwab
                                        Arthur J. Schwab
                                        United States District Judge

cc:

All counsel of record

The Honorable Lisa Pupo Lenihan
United States Magistrate Judge

Stoney Lee Schaeffer
DW-8560
S.C.I. at Greene
175 Progress Drive
Waynesburg, PA 15370